Glenn R. Kantor – SBN 122643
 E-mail: gkantor@kantorlaw.net
Corinne Chandler – SBN 111423
 E-mail: cchandler@kantorlaw.net
Mitchell O. Hefter – SBN 291985
 E-mail: mhefter@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
MARTA BONNIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA BONNIN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; HINDERLITER, DELLAMAS & ASSOCIATES PLAN,<br><br>    Defendants. | CASE NO: 2:17-cv-04513-JAK-JC<br><br>**APPLICATION FOR AN ORDER TO ALLOW CONFIDENTIAL RECORDS TO BE FILED UNDER SEAL; [PROPOSED] ORDER IN SUPPORT THEREOF**<br><br>Date: September 10, 2018<br>Time: 11:00 a.m.<br>Crtm: 10B |

## APPLICATION

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.1, plaintiff Marta Bonnin hereby applies to the Honorable John A. Kronstadt in Courtroom 10B of this Court, located at the First Street Courthouse, 350 W. First Street, Los Angeles, California, for an order that the following document be filed under seal:

- Plaintiff's Opening Trial Brief
- Defendant Unum Life Insurance Company of America's Supplemental Responses to Plaintiff's First Set of Interrogatories

**GOOD CAUSE**

Good cause exists for granting this Application because:

(1) The Opening Brief and defendant's Supplemental Response to Interrogatories contain information which has been designated by Unum as "confidential" under the Protective Order entered in this case on June 11, 2018. Dkt. #36.

(2) Plaintiff has complied with FRCP 5.2 and Local Rule 5.2-1 by redacting information which defendant has designated as confidential.

(3) Plaintiff met and conferred with counsel for Unum regarding the public disclosure of the information/documents on June 27, 2018. Defendant maintains that said information/documents may not be filed in the public domain.

DATED: July 2, 2018        KANTOR & KANTOR, LLP

By: /s/ Mitchell O. Hefter
Mitchell O. Hefter
Attorneys for Plaintiff
MARTA BONNIN

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, California 91324.

On July 2, 2018, I served the foregoing document described as **APPLICATION FOR AN ORDER TO ALLOW CONFIDENTIAL RECORDS TO BE FILED UNDER SEAL; [PROPOSED] ORDER IN SUPPORT THEREOF** in this action by serving a true copy thereof addressed as follows:

Linda M. Lawson, Esq.
Kristin Kyle de Bautista, Esq.
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, CA 90017-2611

[X]	(BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2018, Northridge, California.

*Susan Peterson*
Susan Peterson