UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA BONNIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; HINDERLITER, DELLAMAS & ASSOCIATES PLAN,<br><br>　　　　Defendants. | CASE NO: 2:17-cv-04513-JAK-JC<br><br>**[PROPOSED] ORDER TO FILE CONFIDENTIAL RECORDS UNDER SEAL** |

## ORDER

The Court has read and considered Plaintiff Marta Bonnin's Application For An Order To Allow Confidential Records To Be Filed Under Seal. The Court finds good cause to file the documents under seal, and the application is there GRANTED.

Plaintiff may file the following document under seal:

- Declaration of Mitchell O. Hefter In Support of Plaintiff's Rule 52 Motion

1

[PROPOSED] ORDER TO FILE CONFIDENTIAL RECORDS UNDER SEAL

1        • Plaintiff's Redacted Opening Trial Brief.

3     IT IS SO ORDERED.

5     DATED: _____ By:_____
                                                   The Hon. John A. Kronstadt
6                                                    UNITED STATES DISTRICT JUDGE

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

2

[PROPOSED] ORDER TO FILE CONFIDENTIAL RECORDS UNDER SEAL

# **PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                                             ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, California 91324.

On July 2, 2018, I served the foregoing document described as **[PROPOSED] ORDER TO FILE CONFIDENTIAL RECORDS UNDER SEAL** in this action by serving a true copy thereof addressed as follows:

Linda M. Lawson, Esq.
Kristin Kyle de Bautista, Esq.
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, CA 90017-2611

[X]   (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2018, Northridge, California.

*Susan Peterson*
Susan Peterson