# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARTA BONNIN,

    Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA; HINDERLITER, DELLAMAS & ASSOCIATES PLAN,

    Defendants.

Case No. 2:17-cv-04513-JAK (JCx)

**JUDGMENT**

**JS-6**

This matter came to Trial before the Court, on the Administrative Record. The issues have been tried and heard and a decision has been rendered.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

1. Judgment is entered in favor of Defendant Unum Life Insurance Company of America and against Plaintiff Marta Bonnin, in accordance with the Court's Under-Seal Order Re: Plaintiff's and Defendant's Cross-Motions for Judgment;

2. Plaintiff Marta Bonnin's Complaint is hereby dismissed with prejudice, with respect to all claims for relief, as to all defendants, including

Defendants Unum Life Insurance Company of America, and Hinderliter Dellamas & Associates Plan;

3. Plaintiff Marta Bonnin shall take nothing by her Complaint;
4. Unum Life Insurance Company of America, and Hinderliter Dellamas & Associates Plan shall recover from Plaintiff Marta Bonnin costs of suit pursuant to 28 U.S.C. Section 1920 and Local Rule 54-3, in a sum to be submitted with a Bill of Costs to be approved in accordance with the Local Rules; and
5. Because Defendants are the prevailing party in this litigation, they may apply to the Court for an award of attorney's fees. Any application for an award of attorney's fees shall be filed on or before December 28, 2018.

IT IS SO ORDERED.

Dated: November 30, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE